**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**CARRIANE M. WHYTE,**

                          Plaintiff,                      5:14-cv-1528
                                                       (GLS/ATB)

                          v.

**CAROLYN COLVIN, Acting
Commissioner of Social
Security,**

                          Defendant.
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:** | |
| Foulke Law Firm | E. KENTON FOULKE, ESQ. |
| 5 Court Street | |
| Auburn, NY 13021 | |
| | |
| **FOR THE DEFENDANT:** | |
| HON. RICHARD S. HARTUNIAN | ELIZABETH D. ROTHSTEIN |
| United States Attorney | Special Assistant U.S. Attorney |
| 100 South Clinton Street | |
| Syracuse, NY 13261 | |
| | |
| Steven P. Conte | |
| Regional Chief Counsel | |
| Social Security Administration | |
| Office of General Counsel, Region II | |
| 26 Federal Plaza, Room 3904 | |
| New York, NY 10278 | |

**Gary L. Sharpe
Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on March 1, 2016. (Dkt. No. 13.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 13) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the decision of the Commissioner be **AFFIRMED**, and the complaint (Dkt. No. 1) be **DISMISSED**; and it is further

**ORDERED** that plaintiff's motion for leave to submit new evidence (Dkt. No. 11, Attach. 1) is **DENIED**; and it is further

**ORDERED** that the clerk serve a copy of this order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

March 24, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge